O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCIA JANE MERTA and STEVEN MERTA, | ) ) ) | Case No. CV 03-04612 DDP (MANx) |
| Plaintiffs, | ) ) | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |
| v. | ) ) | [Docket No. 34] |
| AYERST LABS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

Presently before the court is Defendants' Motion to Dismiss pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Plaintiff's failure to file a valid substitution of parties is attributable to excusable neglect. Accordingly, Defendants' Motion is DENIED without prejudice and Plaintiff is instructed to file a motion to substitute Steven Merta for Marcia Jane Merta within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

Dated: June 18, 2012

DEAN D. PREGERSON
United States District Judge